# FEDERAL PUBLIC DEFENDER
## Western District Of Tennessee

**Federal Defender**
Doris Randle-Holt
  **First Assistant**
Tyrone J. Paylor

**Memphis Office**
200 Jefferson, Suite 200
Memphis, TN 38103
Main (901) 544-3895
Fax (901) 544-4355

**Jackson Office**
109 S. Highland, Suite 105
Jackson, TN 38301
Main (731) 427-2556
Fax (731) 427-3052

February 10, 2025

Kelly L. Stephens, Clerk
United States Court of Appeals
for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Avenue, Room 450
Cincinnati, OH 45202-3988

RE:     *United States v. Bridges,* No. 24-5874

Dear Ms. Stephens:

This letter is submitted pursuant to FRAP 28(j). In his appeal, Mr. Bridges raised the issue of whether 18 U.S.C. § 922(o), which prohibits possession of machineguns, violates the Second Amendment facially and as applied to him. Recently, Federal District of Mississippi Judge Carlton Reeves held 18 U.S.C. § 922(o) violates the Second Amendment as applied. *See United States v. Brown*, No. 3:23-cr-123-CWR-ASH, 2025 WL 429985 (S.D. Miss. Jan. 29, 2025). In a nutshell, the judge observed that the Supreme Court, in *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 597 U.S. 1 (2022), directed the lower courts that there is an American "historical tradition of prohibiting the carrying of 'dangerous and unusual weapons.'" *Id.* at *3 (quoting *Bruen* 597 U.S. at 21 (quoting *District of Columbia v. Heller*, 554 U.S. 570, 626 (2008)). The *Brown* court cited data indicating there were at least 740,000 machineguns in the United States in 2021. *Id*. at *4.

The opinion says machineguns (and courts have generally held firearm conversion devices qualify as "machineguns" under 26 U.S.C. 5845(b)), are certainly "dangerous," but the government did not show that they are "unusual." *Id.* at *4-5. And since "dangerous and unusual" is conjunctive, the government did not carry its burden. *Id.* at *5.

Because the *Brown* decision supports the arguments raised in his appeal, Mr. Bridges respectfully submits the decision for the Court's consideration.

Sincerely,

*/s/ Greg Gookin*
Greg Gookin
Assistant Federal Defender
200 Jefferson, Suite 200
Memphis, Tennessee 38103
(901) 544-3895

cc:   Eileen Kuo
      Assistant United States Attorney